FILED
AUG 25 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

Federal Court of the Northern District of Ohio
Youngstown Division

David C. Lettieri
    Plaintiff

4:23CV01661
JUDGE PEARSON

-against-

Index No. _____

MAG JUDGE KNAPP

Four In One
    Defendant

Complaint

The plaintiff acting pro se, as for a verified complaint herein respectfully alleges as follows:

1. That all times relevant the plaintiff is force at 2240 Hubbard Road, Youngstown Oh 44505.
2. Upon Information and Belief at all times relevant the defendant Four In One place of business is located in San Jose, CA 95133 and Chelmsford, MA 01824.
3. This complaint is in regards to a product that Four In One makes. It is called Salad Fresh Four In One Mustard.
4. There are no Nutrution Facts on the package.
5. The ingredients are as followed: Distilled Vineager and water, mustard seed, salt, turmeric paprika, spices and flavoring.
6. The plaintiff under belief that mustard seed has a type of carbohydrate that has calories in it.
7. The plaintiff knows salt is sodium in which has nutrition facts for a proper diet.
8. The plaintiff doesn't know what turmeric is.
9. The plaintiff doesn't know what spices are in the package.
10. The plaintiff doesn't know what flavoring is in the package.
11. The plaintiff has been incaracted at Niagara County Jail in Lockport New york and Northeast Ohio Correction Center to be unable to Reseach such matters.

## As for a First Cause of Action
## Administrive Neglience

12. Because of No Nutrition Facts being placed on the package a form of neglected was toward the custumers.

## As for a Second Cause of Action
## New York State General Business law 349

13. New York State General Business Law 349(a) states:
Deceptive acts or practices in the conduct of any business, trade, or commerce or in the furnishing of any service in this state are hereby declard unlawful.

14. Because of no Nutrition Facts on the package it is a form of deceptive acts that would be considered unlawful.

## As for a Third cause of Action
## Invisible Harm Caused by Seperate Tortfeasors

15. The actions taken by Four In One are seperate and independant in which are not by the tortfeasors that have cause such injury.

## As for a Fourth cause of Action
## Breach of Duty Care

16. Four In One had a duty of care not to withhold information from a custumer that is vital to one's health and needs. As such had breach a duty of care.

## As for a fifth cause of action
## Breach of Imply Contract

17. Since this product had gone thru Niagara County Jail and Northeast Ohio Correctional Center there is a type of contract that can be implied. As such Four In One had breach an Implied Contract by withholding information.

As for a Sixth Cause of Action
New York State General Business Law 350
False Adverting

18. False Adverting in the conduct of any business, trade, or commerce or in the furnishing of any service in hereby declared unlawful.

19. Because of no Nutrition facts it is a form of false adverting in which would be declared unlawful.

As for a Seventh Cause of Action
Alternative Liabilit

20. All the tortfeasors are before the court in which the defendant Four In One had caused an injury to the plaintiff for such action.

As for an Eighth Cause of Action
Ohio Law 1345.02
Unfair or deceptive consumer sales practice

21. A. No supplier shall commit an unfair or deceptive acts or practice in connnection with a consumer transaction. Such an unfair or deceptive act or practice by supplier violates this section whether it occurs before, during or after the transaction.

22. B. Without limiting the scope of division (A) of this saection, the act or practice of a supplier in representing any of the following is deceptive.

23. 1. That are subjuct of a consumer transaction has spomsorship, approval, performance characteristics, accessories, uses, or benfits that it does not have.

24. 2. That the subject of a consumer transaction is of a particular standard, quality, grade, style, prescipition or, model if it is not.

25.
3. That the subject of a consumer transaction is new. or unused, if it is not.

26. 4. That the subject of a consumer transaction is abaliable to the consumer for a reason that does not exist.

27. 5. That the subject of a consumer transaction has been supplied in accordance with a previous repesention, if it has not, expect that the act of a supplier in furishing similar merechandise of equal or greater value as a good faith substitute does not violate this section.

28. 6. That the subject of a consumer transaction will be supplied intends.

29. 7. That replacement or repair is needed, if it is not.

30. 8. That a specific price advantage exists, if it is not.

31. 9. That the supplier has a sponsorship, approval, or affilation that the supplier does not have.

32. 10. That a consumer transaction involves or does not invole a warrany, a disclaimer if warranties or other rights, remedies, or obligations if the represntation is false.

33. With the Matter to Four In One the actions to what isat hand would violate paragraph one, two, and ten because of theno Nutrition Facts.

> As for a Ninth Cause of Action
> Ohio Law 1345.03
> Unconscuibavke acts ir oractucë generally

34. A. No supplier shall commit an unconscionable act or practice in connection with consumer transaction. Such an unconsionable act or practice by a supplier violates this section wheter it occurs before, during or after the transaction.

35. B. In determining whether an act or practice is an unconscionable, the following circumstances shall be taken into consideration.

36. 1. Whether the supplier has knowingly taken advantage of the inability of the consumer reasonable to protect trhe consumer's interest because of the consumers physical or mental infirmities,

Ignorance, illiteracy, or inability to understand the language of an agreement.

37. 2. Whether the supplier know at the time the consumer transaction was entered into that the price was substantia;;y in excess of the price at which similar consumer transactions by like cusumers.

38. 3. Whether the supplier knew at the time the consumer transaction was entered into the inability of the consumer to recieve a substantial benfit from the subject of the consumer transaction.

39. 4. Whether the supplier knew at the time the consumer trabsactuib was ebtered ubti tgat tgere was bi reasonable probability of paymeny of the obligation in full by the cunsumer.

40. 5. Whether the supplier required the consumer transaction pm terms the supplier knew were substanyially one-sided in favor of the supplier

41. 6. Whether the supplier knowingly made a misleading statement of opinion on which the consumer was likely yo rely to the consumer's detriment.

42. 7. Whether the supplier has, without justification, refused to make a refund in cash or by check for a refuned item that was purchased with cash or by check, unless the supplier had comspicuously posted in the establishment at the time of the sale stating the supplier's refund policy.

43. Because of being stuck in the Northeast Ohio Correctional Center it had made the plaintiff be unable to have substantial benfit from research in which the supplier Four In One knew because of suppling to a Correctional facuilty.

Wherefore the plaintiff demands judgment as follow:

1. On the first cause of action, damages in the sum of $50,000 for Administrive Neglience.

2. On the Second Cause of action, damages in the sum of $50,000 for violation of New york State General Business Law 349.

3. On the Third cause of Acion, damages in the sum of $50,000 for Invisible Harm Caused by Seperate Tortfeasors.

4. On the Fourth Cause of Action, damages in the sum $50,000 for Breach of Duty Care.

5. On the Fifth cause of action, daamges in the sum of $50,00 for Breach of Imply Contract.

6. On the Sixth cause of action, in the sum of $50,000 for violation of New York State General Business law #50.

7. On the seventh Cause of Action, damages in the sum of $50,000 for alternative liability.

8. On the Eighth Cause of Action, damages in the sum of $50,000 for violation of Ohio Law 1345.02.

9. On the Ninth Cause of Action, damages in the sum of $50,000 for violation of Ohio Law 1345.03.

10. For all other such, cause, equiable that the courts may see fit and proper.


David C. Lettieri
Pro Se
2240 Hubbard Road
Younstown, OH 44505

Verification

    I David Carmine Lettieri, State that all the facts above are true and to the best of my knowledge that are present in such lawsuit.

_____

august 9th, 20 2 3               _____
                                                                    Public Notary

David C. Lettieri
2240 Hubbard Road
Youngstown OH, 44505

ALLISON GOTERBA
Notary Public, State of Ohio
My Commission Expires
August 18, 2024